# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Crudito
FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Romario Crudito

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04M-1033 JGD
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment. How much did you earn per month? $ 
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**ASSETS**

*OTHER INCOME* — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $22,000   SOURCES: Restaurant job

*CASH* — Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No   IF YES, state total amount $ 100.

*PROPERTY* — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $1500   DESCRIPTION: 1995 Honda

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Edvardo Crudito (father)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent | | $ | $ 250. |
| | child support | $ | $ 100. |
| | Macy's | $ 160. | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): March 16, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]