UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>)<br>)<br>ROMANO CANDIDO                )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **04CR 10157 WGY**<br>CRIMINAL NO.<br>VIOLATIONS:<br><br>**COUNT ONE**<br>**18 U.S.C. §1546(a)**<br>(Fraud and Misuse of<br>Documents)<br>**COUNT TWO**<br>**18 U.S.C. §1028(a)(5)**<br>(Document Making<br>  Implements)<br>**18 U.S.C. §2**<br>(Aiding and Abetting) |

INFORMATION

The United States Attorney charges that:

**COUNT ONE**
**18 U.S.C. §1546(a)**
**(Fraud and Misuse of Documents)**

On or about February 19, 2004, in Lowell, in the District of Massachusetts,

**ROMANO CANDIDO**

the defendant herein, did knowingly forge, counterfeit and falsely make alien registration receipt cards, and other documents prescribed by statute or regulation as evidence of authorized stay and employment in the United States, to wit,

Social Security account number cards, knowing such cards to have been forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

COUNT TWO
18 U.S.C. §1028(a)(5)
(Possession of Document Making Implements)

On or about March 9, 2004, in Lowell, in the District of Massachusetts,

**ROMANO CANDIDO**

the defendant herein, did knowingly produce, transfer and possess document-making implements with the intent that such document-making implements would be used in the production of a false identification document or another document-making implement which would be so used.

All in violation of Title 18, United States Code, Section 1028(a)(5) and Title 18, United States Code, Section 2.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By: _/s/ Nadine Pellegrini_
     Nadine Pellegrini
     Assistant U.S. Attorney