Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10157-WGY |
| ) | |
| ROMANO CANDIDO ) | |

## WAIVER OF INDICTMENT

I, **ROMANO CANDIDO**, the above-named defendant, who is accused of fraud and misuse of documents in violation of 18 U.S.C. §1546(a) and possession of document-making implements in violation of 18 U.S.C. §1028(a)(5), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on June 1, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
William G. Young
Chief District Court Judge