IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 04-10157-WGY |
| ROMANO CANDIDO | : | |

## MOTION TO CORRECT JUDGMENT AND CONVICTION

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Motion to Correct Judgment and Conviction as follows:

1. The defendant was charged with, and pled guilty to, inter alia, one count of violating 18 U.S.C. §1546(a) - (Fraud and Misuse of Documents). See Indictment 03-10157-WGY.

2. The Judgment and Conviction, a copy of which is attached hereto, appears to have an error in that it recites the section charged as 18 U.S.C. §1956(a).[1]

3. Therefore, the government respectfully requests that a corrected Judgment and Conviction issue in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nadine Pellegrini
      Nadine Pellegrini
      Assistant U.S. Attorney

---

[1] 18 U.S.C. §1956(a) relates to violations involving laundering of monetary instruments.

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery and electronic filing:

    Martin Richey, Esq.
    Federal Defenders Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02210

This 5th day of August, 2004.

    /s/Nadine Pellegrini
    NADINE PELLEGRINI
    Assistant United States Attorney